UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEE ANNA ZANONI,<br><br>     Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>     Defendant. | Case No. C14-532 RAJ-BAT<br><br>**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court having considered the complaint, the parties' briefs, the Report and Recommendation of Magistrate Judge Brian A. Tsuchida, and the balance of the record, **ORDERS**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

DATED this 29th day of January, 2015.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge